IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDUARDO M. SMALL and
KATRINA M. SMALL,

    Plaintiffs,

v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS,
INC., et al.,

    Defendants.

No. CIV S-09-0458 GEB DAD PS

<u>ORDER GRANTING REQUESTS TO
PROCEED IN FORMA PAUPERIS,
DIRECTING CLERK TO SEND MATERIALS
FOR SERVICE, AND REQUIRING SERVICE
BY UNITED STATES MARSHAL</u>

    Plaintiffs are proceeding pro se with a civil action in which they allege federal question jurisdiction over claims arising from foreclosure of real property in Sutter County.

    Plaintiffs' complaint was accompanied by plaintiff Eduardo Small's request for leave to proceed in forma pauperis under 28 U.S.C. § 1915. Pursuant to the court's order filed February 25, 2009, plaintiff Katrina M. Small has also requested leave to proceed in forma pauperis. The court finds that plaintiffs' in forma pauperis applications make the showing required by the statute. Accordingly, plaintiffs' applications to proceed in forma pauperis will be granted.

    The record reflects that plaintiffs' amended complaint filed May 6, 2009, has been filed as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motions to proceed in forma pauperis filed February 17, 2009 (Doc. No. 2) and March 5, 2009 (Doc. No. 4) are granted.

2. The Clerk of the Court is directed to issue process and send plaintiffs an instruction sheet for service of process by the United States Marshal, one summons, fourteen USM-285 forms, and one endorsed copy of plaintiffs' amended complaint filed May 6, 2009 (Doc. No. 5).

3. Within thirty (30) days after this order is served, plaintiffs shall mail the following documents to the United States Marshals Service at 501 I Street, Suite 5600, Sacramento, CA 95814: one copy of this order, fourteen properly completed USM-285 forms, fourteen copies of the properly completed summons, and fifteen true and exact copies of the endorsed amended complaint provided by the Clerk with this order.

4. Within ten (10) days after mailing the materials for service to the United States Marshal, plaintiffs shall file with this court a notice signed by both plaintiffs stating the date on which they mailed the documents to the United States Marshal. Failure to file the required notice in a timely manner may result in an order imposing appropriate sanctions.

5. Within thirty (30) days after receiving the necessary materials from plaintiffs, the United States Marshal is directed to serve process on defendants Mortgage Electronic Registration Systems, Inc.; Countrywide Home Loans; Recontrust Company; Carlos Sotelo; Stacey ONeal; Regina Myles; Abraham Bartamian; Paula Franklin; Elizavet Meza; Lorrie Matheson; Kristi Brockman; Nelson A. Hernandez; Alberta Kossakowski; and Veronica Vega.

DATED: May 19, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\small0458.ifp.serve

2