IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO M. SMALL and<br>KATRINA M. SMALL,<br><br>             Plaintiffs,<br><br>     v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS,<br>INC., et al.,<br><br>             Defendants.<br>_____/ | No. CIV S-09-0458 GEB DAD PS<br><br><br><br><br><u>ORDER DIRECTING CLERK TO PROVIDE</u><br><u>ENDORSED COPY OF SECOND AMENDED</u><br><u>COMPLAINT AND REQUIRING SERVICE</u><br><u>THEREOF BY UNITED STATES MARSHAL</u> |

By order filed May 20, 2009, the court granted plaintiffs' motions to proceed in forma pauperis, directed the Clerk to send plaintiff the documents required for service of process, and ordered plaintiffs to send the completed documents to the United States Marshal's Service for service of process. Before the court is a filing in which plaintiffs state that the endorsed amended complaint sent by the Clerk does not include the exhibits that were attached to their original complaint. Plaintiffs offer an amended pleading that includes the exhibits from their original and first amended complaints.

The Local Rules of Practice provide that, "[u]nless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by Court order shall be retyped and filed so that it is

complete in itself without reference to the prior or superseded pleading." Local Rule 15-220. Plaintiffs filed their first amended complaint as a matter of right, and that pleading superseded the prior pleading.  Plaintiffs did not seek permission from the court to have the exhibits attached to their original complaint removed and attached to their first amended complaint.  Because the Clerk had no authority to remove the exhibits from the original complaint and attach them to the first amended complaint, the Clerk properly provided plaintiffs with a copy of the endorsed amended complaint as filed by plaintiffs.

In the interests of justice, the court will approve the filing of plaintiffs' second amended complaint containing all exhibits, and the Clerk will be directed to provide plaintiffs with an endorsed copy of the new pleading.  No further amendment may be made by plaintiffs except by noticed motion for leave to amend, and the court will not entertain such a motion until the defendants have been served with the second amended complaint and have appeared in the action.

Plaintiffs are informed that this court's Local Rules are accessible on-line at http://www.caed.uscourts.gov/caed.  "Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules. All obligations placed on 'counsel' by these Local Rules apply to individuals appearing in propria persona." Local Rule 83-183(a).  Failure of a party to comply with the Local Rules, the Federal Rules of Civil Procedure, or any order of the court may be grounds for imposition of sanctions.  Local Rule 11-110.

Good cause appearing, IT IS ORDERED that:

1. Plaintiffs are granted leave to proceed on the second amended complaint filed June 5, 2009.

2. The Clerk of the Court is directed to send plaintiffs one endorsed copy of the second amended complaint filed June 5, 2009 (Doc. No. 10).

/////

1    3.  Within thirty (30) days after this order is served, plaintiffs shall mail the
2 following documents to the United States Marshals Service at 501 I Street, Suite 5600,
3 Sacramento, CA 95814:  one copy of this order, fourteen properly completed USM-285 forms,
4 fourteen copies of the properly completed summons, and fifteen true and exact copies of the
5 endorsed second amended complaint provided by the Clerk with this order.
6    4.  Within ten (10) days after mailing the materials for service to the United States
7 Marshal, plaintiffs shall file with this court a notice signed by both plaintiffs stating the date on
8 which they mailed the documents to the United States Marshal.  Failure to file the required notice
9 in a timely manner may result in an order imposing appropriate sanctions.
10   5.  Within thirty (30) days after receiving the necessary materials from plaintiffs,
11 the United States Marshal is directed to serve process on defendants Mortgage Electronic
12 Registration Systems, Inc.; Countrywide Home Loans; Recontrust Company; Carlos Sotelo;
13 Stacey ONeal; Regina Myles; Abraham Bartamian; Paula Franklin; Elizavet Meza; Lorrie
14 Matheson; Kristi Brockman; Nelson A. Hernandez; Alberta Kossakowski; and Veronica Vega.
15 DATED: June 10, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\small0458.serve.2dac