| | | |
|---|---|---|
| 1 | | |
| 2 | IN THE UNITED STATES DISTRICT COURT | |
| 3 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

EDUARDO M. SMALL, KATRINA M. SMALL,

        Plaintiffs,

    v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COUNTRYWIDE HOME LOANS, RECONTRUST COMPANY, CARLOS SOTELO, an individual, STACEY ONEAL, an individual, REGINA MYLES, an individual, ABRAHAM BARTAMIAN, an individual, PAULA FRANKLIN, an individual, ELIZAVET MEZA, an individual, LORRIE MATHESON, an individual, KRISTI BROCKMAN, an individual, NELSON A. HERNANDEZ, an individual and ALBERTA KOSSAKOWSKI, an individual, VERSONICA VEGA, an individual, JOHN DOE individuals I through X inclusive,

        Defendants.

No. 2:09-cv-0458-GEB-DAD-PS

RELATED CASE ORDER

_____

EDUARDO M. SMALL, KATRINA M. SMALL,

        Plaintiffs,

    v.

COUNTRYWIDE HOME LOANS and all Persons Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or Any Cloud On Plaintiff's Title Thereto and DOES 1 through 10 inclusive,

        Defendants.

No. 2:10-cv-00342-FCD-DAD-PS

Defendant Countrywide Home Loans, Inc. ("Countrywide") contends the above civil actions are related within the meaning of Local Rule 123(a) and should be assigned to the same district judge. Countrywide argues the actions are related because they involve "the same parties and are based on a similar claim," and involve "Plaintiffs' [same] property in Yuba City, California. (Not. Related Cases. 1:10-16.)

Under the regular practice of this Court, related cases are generally assigned to the district judge to whom the first filed action was assigned. Since the actions appear related, action No. 2:10-cv-00342-FCD-DAD is reassigned to Judge Garland E. Burrell, Jr. Henceforth the caption on documents filed in the reassigned case shall show the initials "GEB" instead of "FCD."

The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: April 7, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge